# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| LLOYD KURTZ, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:04-cv-1474-RLH-LRL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| VALCOM, INC., *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation (#88, filed August 29, 2007) of United States Magistrate Judge Lawrence R. Leavitt, recommending dismissal of all claims and counterclaims for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). No objection was filed to Magistrate Judge Leavitt's Report and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#88) is AFFIRMED and ADOPTED, and all claims and counterclaims are dismissed.

Dated: October 24, 2007.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**